# IN THE UNITED STATES DISTRICT COURT FOR
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MATTHEW SHARON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:18-cv-00192 |
| ) | |
| FINANCIAL ACCOUNTS SERVICE ) | |
| TEAM, INC. ) | |
| ) | |
| Defendant, ) | |

## LR 12.1 STIPULATION OF EXTENSION OF TIME

The parties, by and through counsel, pursuant to LR 12.1, jointly stipulate to a 21-day initial extension of time in which to respond to Plaintiff's complaint, so that Defendant's response will be due on or before **July 3, 2018**.

Dated June 4, 2018

By: /s/ Christopher Field
Christopher Field, BPR # 028070
*Counsel for Defendant Financial Accounts Service Team, Inc.*
LOWE YEAGER & BROWN PLLC
Riverview Tower, Suite 2102
900 S. Gay Street
Knoxville, Tennessee 37902
Phone:  865-521-6527
Fax:  865-637-0540
Email:  ccf@lyblaw.net

By:/s/ Brent Snyder
w/permission, Christopher Field
Brent Snyder, BPR # 021700
*Counsel for Plaintiff Matthew Sharon*
2125 Middlebrook Pike
Knoxville, Tennessee 37921
Phone:  865-5546-2141
Email:  brentsnyder77@gmail.com

1

## CERTIFICATE OF SERVICE

       I hereby certify that on June 4, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                              /s/ Christopher Field
                                              Christopher Field